UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
JAMES T. ROBERTS, JR.,

                Plaintiff,

-against-

UNITED STATES DEPARTMENT OF
TRANSPORTATION, UNITED STATES
DEPARTMENT OF VETERANS AFFAIRS,
and the FEDERAL AVIATION
ADMINISTRATION,

                Defendants.
---------------------------------------------------------------X

JUDGMENT
02-CV- 4414 (CBA)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 29 2006 ★

P.M. _____
TIME A.M. _____

An Order of Honorable Carol Bagley Amon, United States District Judge, having been filed on March 28, 2006, adopting the Report and Recommendation of Magistrate Judge Cheryl L. Pollak, dated February 13, 2006; granting defendants' motion for judgment on the pleadings; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendants; that the Report and Recommendation of Magistrate Judge Cheryl L. Pollak is adopted; and that judgment is hereby entered granting defendants' motion for judgment on the pleadings.

Dated: Brooklyn, New York
       March 28, 2006

                                          /s/
                                ROBERT C. HEINEMANN
                                Clerk of Court